

**United States Department of Justice**

*United States Attorney*
*District of Connecticut*

---

*Connecticut Financial Center*　　　　　　　　　　*(203) 821-3700*
*157 Church Street, 25th Floor*　　　　　　　　　*Fax (203) 773-5376*

*New Haven, Connecticut  06510*　　　　　　　*www.justice.gov/usao/ct*

<u>*Via Electronic Mail*</u>

　　　　　　　　　　　　　　　　　April 30, 2020

The Honorable William I. Garfinkel, U.S.M.J.
U.S. District Court
915 Lafayette Blvd.　　　　　　　　3:20 mc 36 WIG
Bridgeport, CT 06604

　　　**<u>Attention: Ms. Kathi Torres, Courtroom Deputy</u>**

　　　**<u>Re: Anthony A. Innarella</u>**

Dear Judge Garfinkel:

　　　I write concerning Anthony A. Innarella, in individual who is a target in a bank fraud conspiracy and aggravated identity theft investigation.  It was my understanding that he did not have counsel with respect to this federal investigation as of September 5,  2019 and that he could be eligible for court appointed counsel.  Accordingly, I am requesting, *nunc pro tunc*, that the court determine if counsel may be appointed to represent him in connection with the investigation and any resulting prosecution. The underlying investigation has involved attorneys from the Office of the Federal Defender and Gene Riccio who would have a conflict of interest.

　　　If you have any questions, please feel free to contact me.  Thank you for your assistance.

　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　JOHN H. DURHAM
　　　　　　　　　　　　　　　　　UNITED STATES ATTORNEY

　　　　　　　　　　　　　　　　　　//s//

　　　　　　　　　　　　　　　　　ANASTASIA E. KING
　　　　　　　　　　　　　　　　　ASSISTANT UNITED STATES ATTORNEY

cc: TFO Mark Solomon, CTFCTF
　　 SA Erin McQuade, USSS